OPINION — AG — ** OFFICER OF PERSONNEL MANAGEMENT — VETERANS — REGISTER ** 74 O.S. 840.15 [74-840.15](B) ONLY AUTHORIZES WAR VETERANS AS DEFINED IN 72 O.S. 67.13 [72-67.13](A) WHO HAVE EITHER BEEN AWARDED THE PURPLE HEART OR HAVE A SERVICE INCURRED DISABILITY RATED BY THE ' VETERANS ADMINISTRATION ' OR A BRANCH OF THE ARMED FORCES OF THE UNITED STATES TO OPEN ANY CLOSED REGISTER ESTABLISHED BY THE MERIT SYSTEM OF PERSONNEL ADMINISTRATION. (VETERAN PREFERENCE, MERIT SYSTEM, MERIT ROLL) CITE: 72 O.S. 67.13 [72-67.13](A), 74 O.S. 840.15 [74-840.15](A), 74 O.S. 840.15 [74-840.15](B) (JOHN D. ROTHMAN)